## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**BARRY A. ROE**                                                                                  **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO. 1:11-cv-00321-HSO-RHW**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY**                                  **DEFENDANT**

## FINAL JUDGMENT

This matter is before the Court on submission of the Proposed Findings of Fact and Recommendation [13] of United States Magistrate Judge Robert H. Walker, entered in this cause on August 13, 2012. The Court, by separate Order entered this date, adopted said Proposed Findings of Fact and Recommendation [13] as the finding of this Court and denied the Commissioner's Motion to Affirm the Decision of the Administrative Law Judge (ALJ) [10]. The Court found that this matter should be remanded to the ALJ for his consideration of the consultative exam and report of Dr. Charlton Barnes. Accordingly,

**IT IS, ORDERED AND ADJUDGED** that, this action is remanded to the ALJ for his reconsideration in light of the consultative exam and report of Dr. Charlton Barnes.

**SO ORDERED AND ADJUDGED**, this the 7th day of September, 2012.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE